# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TUCKER and HOLLY HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 3:19-cv-2006-JAH-AHG<br><br>**ORDER GRANTING MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 8]** |

This matter comes before the Court on the parties' Joint Motion to Continue or Modify the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") currently set for December 13, 2019. ECF No. 8. In support of the Motion, the parties explain that Defendant Experian Information Solutions, Inc.'s client representative is unable to attend the ENE and CMC on the date set due to a prior professional commitment. *Id.* ¶ 5.

Having reviewed the Motion and further conferred with the parties via email, the Court finds good cause to **GRANT** the Motion. Therefore, the ENE and CMC are hereby **VACATED** and **RESET** for **February 10, 2020** at **9:30 AM**.

In light of the resetting, the Court resets the related deadlines as follows:

1. **<u>Confidential ENE Statements Required:</u>** No later than **February 6, 2020**, the parties shall submit confidential statements of five (5) pages or less directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.** They shall be lodged via email at efile_goddard@casd.uscourts.gov. The ENE statement is limited to **five (5) pages or less, and up to five (5) pages of exhibits or declarations.** Each party's ENE statement must outline:

    A.    the nature of the case and the claims,

    B.    position on liability or defense,

    C.    position regarding settlement of the case with a **specific**[1] **demand/offer for settlement**,[2] and

    D.    any previous settlement negotiations or mediation efforts.

2. **<u>Case Management Conference:</u>** In the event the case does not settle at the ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P 16(b). Therefore, the Court **ORDERS** the following to occur before the CMC:

    A.    The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **January 17, 2020**.

    B.    The parties must file a Joint Case Management Statement by **January 31, 2020**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at:

---

[1] A general statement, such as that a party "will negotiate in good faith," is a <u>not</u> a specific demand or offer.

[2] If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated. Further, the party must explain when they will be in a position to state a demand or offer.

https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

C. Although the CMC has been delayed by several weeks, the parties are encouraged to begin engaging in informal discovery now. Therefore, the deadline for the parties to complete initial disclosures pursuant to Rule 26(a)(1)(A-D) remains **December 6, 2019**.

All other requirements set forth in the Court's initial Order setting the ENE and CMC (ECF No. 7) remain in place.

**IT IS SO ORDERED.**

Dated: November 22, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge