# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TUCKER & HOLLY HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SYSTEMS, INC.,<br><br>Defendant. | Case No. 19cv2006-JAH (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 25, 2020, Plaintiffs, Douglas Tucker and Holly Holmes, and Defendant, Experian Information Systems, Inc., filed a joint motion to dismiss this case with prejudice. *See* Doc. No. 17.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: March 25, 2020

_____
Hon. John A. Houston
United States District Judge